**Kimberly A. Stuart**, OSB No. 054685
Senior Assistant County Counsel
*kimberly_stuart@washingtoncountyor.gov*
Office of Washington County Counsel
155 N First Avenue, Suite 250, MS #24
Hillsboro, OR 97124-3072
Phone (503) 846-8747
Fax (503) 846-8636
Attorney for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| LEONID P. KRIVOLENKOV, | No. 3:25-cv-00702-AR |
| Plaintiff, | |
| v. | UNOPPOSED MOTION FOR EXTENSION OF DEADLINE TO FILE ANSWER |
| ROXSEE HUFF, JAMES CUTHBERTSON, DAVID RAMBIN, and WASHINGTON COUNTY OREGON, | |
| Defendants. | |

### **CERTIFICATE OF COMPLIANCE**

Pursuant to Local Rule 7.1, the undersigned certifies counsel conferred with plaintiff, who is *pro se*, and he has no objection to the following motion.

### **MOTION**

Defendants move to extend the deadline to file an answer or other responsive pleading to **Friday, June 20, 2025**. This is the first request for time extension.

/ / /

The motion is unopposed, made in good faith, not for the purpose of delay.

DATED: May 6, 2025

    *s/Kimberly A. Stuart*
Kimberly A. Stuart, OSB No. 054685
Senior Assistant County Counsel
*kimberly_stuart@washingtoncountyor.gov*
Attorney for Defendants