Case No.: 3:25-cv-00702-AR

LEONID P. KRIVOLENKOV
11411 NE 47th Court
Vancouver, WA 98686
leokrivolenkov250k@gmail.com
(503) 339 – 4069 Cell Phone

FILED 09 MAY '25 10:49 USDC-ORP

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

### Portland Division

| | | |
|---|---|---|
| **LEONID P. KRIVOLENKOV** ) | Case No.: 3:25-cv-00702-AR | |
| Plaintiff, ) | | |
| v. ) | **NOTICE OF DEFENDANT'S ADDRESS** | |
| **ROXSEE HUFF, et al.** ) | **CHANGE** | |
| Defendant. ) | | |

### NOTICE OF ADDRESS UPDATE

1. On 5/2/2025, Plaintiff was informed via email sent to his email address by D.J. Davis, Paralegal Wahington County Counsel that the address for the Defendant, WAHINGTON COUNTY OREGON has changed.

2. Plaintiff, therefore, submits this notice to the court to update the defendant's address/suite change as follows: WASHINGTON COUNTY OREGON,

    Washington County Counsel

    155 N. First Avenue, MS 24, Suite 250

    Hillsboro, OR 97124-3072

    Phone: 503-846-8639, Email: washingtoncountyor.gov

Page 1 of 2 – NOTICE OF DEFENDANT'S ADDRESS CHANGE

Case No.: 3:25-cv-00702-AR

## DECLARATION

I declare under the penalty of perjury that the following is true and correct to the best of my knowledge and belief.

Respectfully submitted,

DATED on this 7th day of May, 2025

Leonid P. Krivolenkov

Plaintiff Pro se

Case No.: 3:25-cv-00702-AR

## CERTIFICATE OF SERVICE

I hereby certify that on May 7, 2025, I served a true copy(s) of;

**NOTICE OF DEFENDANT'S ADDRESS CHANGE**

To:   WAHINGTON COUNTY OREGON

D.J. Davis, Paralegal
Washington County Counsel
155 N. First Avenue, MS 24, Suite 250
Hillsboro, Oregon 97124-3072

By the following method as indicated:

**X**   by **mailing (First Class)** to said person(s) a true copy thereof, said copy placed in an individual sealed envelope, postage paid at USPS and addressed to said person(s) as shown above, and deposited in the USPS post office at Vancouver, WA, on the date set forth above.

Respectfully submitted,

DATED on this **7th** day of May, 2025

_____
Leonid P. Krivolenkov

Plaintiff Pro se

Page 1 of 1 – CERTIFICATE OF SERVICE