FILED 07 JUL '25 10:43 USDC-ORP

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

LEONID P. KRIVOLENKOV
   Plaintiff,

Case No.: 3:25-cv-00702-AR

v.

ROXSEE HUFF, et al.
   Defendant.

### Fed. R. Civ. P. 26(a)(1) Discovery Agreement

Pursuant to LR 26-2, I state that the parties who have been served and who are not in default have agreed to forgo the disclosures required by Fed. R. Civ. P. 26(a)(1).

DATED: 07/01/2025

Signature: _[signature]_
Name and OSB ID: Leonid P. Krivolenkov
E-mail Address: leokrivolenkov250k@gmail.com
Firm Name: Pro se
Mailing Address: 11411 NE 47th Court
City, State, Zip: Vancouver, WA 98686
Parties Represented: Plaintiff

# CERTIFICATE OF SERVICE

I hereby certify that on July 1, 2025, I served the foregoing:

**Fed. R. Civ. P. 26(a)(1) Discovery Agreement**

To:    Kimberly A. Stuart, OSB No. 054685
Senior Assistant County Counsel
kimberly_stuart@washingtoncountyor.gov
Office of Washington County Counsel
155 N First Avenue, Suite 250, MS 24
Hillsboro, OR 97124
Phone (503) 846-8747
Fax (503) 846-8636
Attorney for Defendants

By the following method as indicated:

**X**    by **mailing** to said person(s) a true copy thereof, said copy placed in a sealed envelope, postage prepaid and addressed to said person(s) at the last known address for said person(s) as shown above, and deposited in the post office at Vancouver, WA on the date set forth above.

DATED this **1st** day of July, 2025.    Respectfully submitted,

LEONID P. KRIVOLENKOV
Plaintiff, by Pro se

For the eyes of the Lord *are* on the righteous,
And His ears *are open* to their prayers;
But the face of the Lord *is* against those who do evil.
    1 Peter 3:12 NKJV

The face of the Lord *is* against those who do evil,
To cut off the remembrance of them from the earth.

*The righteous* cry out, and the Lord hears,
And delivers them out of all their troubles.
    Psalms 34:16-17 NKJV

Page 1 of 1 – CERTIFICATE OF SERVICE