**David C. Lewis**, OSB No. 953348
Senior Assistant County Counsel
*Dave_lewis@washingtoncountyor.gov*
Office of Washington County Counsel
155 N First Avenue, Suite 250, MS 24
Hillsboro, OR 97124
Phone (503) 846-8747
Fax (503) 846-8636
Attorney for Defendants

FILED 20 APR '26 16:42 USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

LEONID P. KRIVOLENKOV,

              Plaintiff,

v.

ROXSEE HUFF, JAMES CUTHBERTSON,
DAVID RAMBIN, and WASHINGTON
COUNTY OREGON,

              Defendants.

No. 3:25-cv-00702-AR

**CONVENTIONALLY FILED**

**Exhibit 1 to Declaration of Roxsee Huff
Feliciano (ECF 27) in Support of
Defendants' Motion for Summary
Judgment** & Exhibit 1 to ECF 29

DATED: April 14, 2026.

              *s/David C. Lewis*

              David C. Lewis, OSB No. 953348
              Of Attorneys for Defendants Roxsee Huff, James
              Cuthbertson, David Rambin and Washington
              County, Oregon.

Page **1** of **1** – CONVENTIALLY FILED EXHIBIT 1-DECLARATION OF ROXSEE HUFF
FELICIANO (ECF 27) IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY
JUDGMENT

