LEONID P. KRIVOLENKOV
Plaintiff Pro se
11411 NE 47th Court
Vancouver, WA 98686
Telephone: 503-339-4069
E-mail: leokrivolenkov250k@gmail.com

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

Portland Division

| | |
|---|---|
| LEONID P. KRIVOLENKOV | Case No. 3:25-cv-00702-AR |
| Plaintiff, | **DECLARATION OF LEONID P. KRIVOLENKOV TO EXHIBITS 1 THROUGH 6 AND EXHIBIT 7 CONVENTIONALLY FILED ON DVD IN SUPPORT OF PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| ROXSEE HUFF, et al., | |
| Defendant. | |

I, Plaintiff, Leonid P. Krivolenkov, under penalty of perjury, declare as follows:

1.      I am a United States Citizen residing in Clark County Washington, and I am making this declaration for use as evidence in this case. I have personal knowledge of the events surrounding this case. I have personal knowledge of everything in this declaration, and I am competent to testify to anything in this declaration if necessary.

2.      Attached as *Exhibit 1* is a true and accurate copy of the original certified copy of judicial order.

3.      Attached as *Exhibit 2* is a true and accurate copy of the WC-0007 ORDER.

4.      Attached as *Exhibit 3* is a true and accurate copy of the unsigned "blank" WCJC Conviction Abstract.

5.      Attached as *Exhibit 4* is a true and accurate copy of the Use of Force and Police Report narrative.

6.      Attached as *Exhibit 5* is a true and accurate copy of the District Attorney's Information.

7.      Attached as *Exhibit 6* is a true and accurate copy of Judgment Of Dismissal.

8.      Attached as *Exhibit 7* is a true and accurate copy of the audio and video recording of the traffic stop, recorded by Plaintiff, submitted on DVD.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FORGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF AND THE STATEMENTS ARE MADE IN GOOD FAITH.

Respectfully submitted,

DATED this **13th** day of May, 2026.

Leonid P. Krivolenkov
Plaintiff Pro se

Page 2 of 2 - DECLARATION OF LEONID P. KRIVOLENKOV TO EXHIBITS 1 THROUGH 6 AND EXHIBIT 7 CONVENTIONALLY FILED ON DVD IN SUPPORT OF PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

# CERTIFICATE OF SERVICE

I hereby certify that on May 13, 2026, I served the foregoing:

**DECLARATION OF LEONID P. KRIVOLENKOV TO EXHIBITS 1 THROUGH 6 AND EXHIBIT 7 CONVENTIONALLY FILED ON DVD IN SUPPORT OF PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

To:     **David C. Lewis**, SACC
        Office of Washington County Counsel
        155 N First Avenue, Suite 250, MS 24
        Hillsboro, OR 97124
        Attorney for Washington County

By the following method as indicated:

**X**     by **mailing First Class** to said person(s) a true copy thereof, said copy placed in a sealed envelope, postage paid and addressed to said person(s) at the last known address for said person(s) as shown above, and deposited at USPS on the date set forth above.


DATED this **13**th day of May, 2026.              Respectfully submitted,


                                                   _____

                                                   Leonid P. Krivolenkov
                                                   Plaintiff Pro se


*For the eyes of the Lord are on the righteous,*
*And His ears are open to their prayers;*
*But the face of the Lord is against those who do evil.*
                                        1 Peter 3:12 NKJV

**CRIMINAL DEPARTMENT**



Washington County Courts
Hillsboro, Oregon 97124

OREGON JUDICIAL DEPARTMENT
WASHINGTON COUNTY CIRCUIT COURT
TWENTIETH JUDICIAL DISTRICT

March 30, 2024

Leonid Pavlovich Krivolenkov
11411 NE 47th Ct
VANCOUVER WA  98686

Regarding: **State of Oregon vs Leonid Pavlovich Krivolenkov**
Case #: **23CR34999**
Defendant's Date Of Birth : █████ 1978

The Court has ordered an expungement of conviction and/or all records of arrest in the above-captioned case. A certified copy of the Order to Set Aside is enclosed. Please keep this notice and order for your records. If you are an attorney, please keep a copy for your records and send this original notice and certified order to your client.

*Some cases may have been public information and there are many private websites that scan the internet and download information from court websites. These websites *do not* receive notification of the expungement and may not get the information removed from their database. If the charges still show up after the expungement you should contact that specific company.

If you have any questions or concerns, please contact our office at 503-846-8888 ext. 70329.

Thank you,

Expungement Clerk
Washington County Circuit Court

**EXHIBIT 1**
Page 1 of 3

## IN THE CIRCUIT COURT OF THE STATE OF OREGON
### FOR THE COUNTY OF WASHINGTON

**State of Oregon**

v.

Leonid Pavlovich Krivolenkov
Defendant

**Case No:** 23CR34999

**ORDER
ON MOTION TO SET ASIDE**

The court reviewed the *Motion to Set Aside and Declaration in Support* filed by Defendant

### The court finds:
> The conviction described below ⊠ is ☐ is not a **qualifying conviction** under ORS 137.225(5) *(for conviction requests)*
> Defendant ☐ has ⊠ has not been charged or convicted with another crime or violation (other than motor vehicle violations) within the statutory time frame before this motion was filed
> Defendant ⊠ has ☐ has not completed and fully complied with or performed the sentence of the court
> Defendant ☐ has ☐ has not had probation revoked
> ☐ 3 years has passed since probation was revoked

⊠ The prosecuting attorney did not object to this set-aside
☐ The prosecuting attorney did object to this set-aside
  ☐ The court finds that Defendant is eligible for set-aside
  ☐ The court finds by clear and convincing evidence that the circumstances and behavior of Defendant from the date of the conviction to the date of the hearing do not warrant granting the motion due to the circumstances and behavior creating a risk to public safety

### Therefore the court orders that:

⊠ SET-ASIDE IS GRANTED. The conviction/judgment/contempt/finding of Guilty Except for Insanity or Record of Arrest, Citation, or Charge below is ordered set aside. All official records of arrest, charge, and conviction indicated below are ordered sealed. Defendant is deemed to have not been arrested for or convicted of the offense or found guilty except for insanity. A certified copy of this Order will be sent to the agencies marked below.

☐ DENIED

### Set-Aside Charge Information:
*Charges marked with an 'x' below are ordered set aside by the court*

| X | Count | Statute | Description | Disposition |
|---|-------|---------|-------------|-------------|
| X | 1 | 807.570 | Failure to Carry/Present License | Dismissed |

**EXHIBIT 1**
Page 2 of 3

| Date of Incident: | 07/15/2023 | or Citation: | |
|---|---|---|---|
| Date of Conviction: | 08/21/2023 | | |
| Arresting Agency: | Washington County Sheriff | | |

*Judge Signature:*

3/11/2024 3:23:49 PM

Circuit Court Judge, Brandon Thompson

**Defendant Information: Leonid Pavlovich Krivolenkov**

| DOB: | ████1978 |
|---|---|
| SID#: | 27018275 |
| FPN: | JWAS223060938 |

The court will send a certified copy of this set-aside order to:

☒ Oregon Dept of Corrections ☒ OR State Police ☒ District Attorney ☒ Arresting Agency

☒ Washington County Community Corrections ☒ Washington County Sheriff's Office

And:∑

**EXHIBIT 1**
Page 3 of 3

# IN THE CIRCUIT COURT OF THE STATE OF OREGON
# FOR THE COUNTY OF WASHINGTON

ARRESTEE: **Krivolenkov, Lenoid P** ███ /78)    )

BOOKING NUMBER: 23-8303    )    **ORDER**

DATE OF ARREST: **7/15/2023**    )

TIME OF ARREST: **1538**    )

For this matter coming before the Court on (date) _____ for a determination of probable cause to arrest the defendant, the Court find as follows:

☐    Probable cause existed to arrest the defendant.

☐    Probable cause did not exist to arrest the defendant. The defendant is ordered released from custody on this charge.

_____        _____
Signature                        Date


_____
Judge

WCJ 21-F (v.7/00) Back (dual-Use Form - Affidavit and Court Order

Page 1 of 1 - Order

WC 0007

EXHIBIT 2

Page 1 of 1

## CONVICTION ABSTRACT
## WASHINGTON COUNTY JUSTICE COURT

| | |
|---|---|
| Citation#: 392233 | |

| Drivers License#: KR1VOLP220RS | State: | Commercial DL: No |
|---|---|---|

| License Name: Krivolenkov, Leonid P | | |
|---|---|---|
| Date of Birth: ███ 1978 | Height: | |
| Sex: | Weight: | |

Address: 11411 NE 47th Ct Vancouver, WA, 98686

Offense Date: 07/15/2023

| EMP: | |
|---|---|
| CMV: | No |
| HAZ: | No |

Com'l Pass Veh (16 or more persons including the driver):
Defendant is Passenger?
Defendant is NOT Registered owner of the vehicle? [  ] **(Check ONLY if checked on the original UTC)**
Vehicle Plate:          Veh. State: WA
Make: Chevrolet        Model: 4 door          Type:

| Offense Location: NW Bethany Blvd / NW West Union Blve | Offense Time: 12:00 AM |
|---|---|

| ORS/OAR# | Description/Literal: | Type: | Code: |
|---|---|---|---|
| 811.375 | UNLAWFUL LANE CHANGE | V | D |
| 806.012 | INSURANCE-FAIL TO CARRY PROOF | V | B |
| | | | |

| Convicted Speed: | Designated Speed: | Is School Zone? | In Work Zone? |
|---|---|---|---|
| 45_24 ☐ | | No | No |

| **CONVICTION DATE** | 10/09/2023 |
|---|---|

| **Date Signed:** | October 23, 2023 |
|---|---|

**Signature of:**     [ ] Judge    Or          [ ] Violations Clerk (Where Allowed)

Court Docket Number: T202303812
Original Date to Appear:
Processing Clerk: Evelin Sanchez Garcia

**EXHIBIT 3**
Page 1 of 1

# Washington County Sheriff's Office
### INTERNAL RELEASE
### CONFIDENTIAL

## IMAGE ATTACHMENT (4318239)  UOF - DEP. HUFF



NO IMAGE FOUND

Use of Force Patrol; Use of Force Jail

Washington County Sheriff's Office

FACTS

**Patrol Case#/Jail Incident #**

50-2023-10594-1

**CAD Incident #**

3105

| Incident Case Instruction |
|---|

| Routing | |
|---|---|

| Incident Category | Patrol | How many Officers on Call? | 3 | Weapon Displayed? | ☐ |
|---|---|---|---|---|---|

**Date Of Incident**

**Date Of Report**

| Incident Date | 07/15/23 | Report Date | 07/15/23 |
|---|---|---|---|
| Incident Time | 1538 | Report Time | 2113 |

**Incident Address**

| Address/Street Name | 15200 NW WEST UNION RD | | |
|---|---|---|---|
| City | WASHINGTON COUNTY | State | OR |
| County | WASHINGTON | | |
| District | 21 | | |

**Supervisor Notified**

| Notified | Yes |
|---|---|
| Name | Cuthbertson |

**Serious Physical Injury**

| Did this use of force cause a serious physical injury? | No |
|---|---|

**Call Type**

| | TRAFFIC STOP - Traffic |
|---|---|

**Environment Type**

| | Highway/Road/Alley/Street/Sidewalk (13) |
|---|---|

**Environment Lighting**

| | Outside - DayLight |
|---|---|

**Environment Condition**

| | Clear |
|---|---|

**Incident Attachment**

LEFTA Systems - 13158

EXHIBIT 4
Page 1 of 17
WC_0048

RESISTING ARREST

# Washington County Sheriff's Office
## INTERNAL RELEASE
### CONFIDENTIAL

**CASE NUMBER**
GO 50 2023-10594



NO IMAGE FOUND

Use of Force Patrol; Use of Force Jail

Washington County Sheriff's Office

FACTS

**Patrol Case#/Jail Incident #**
50-2023-10594-1

**CAD Incident #**
3105

| Is there a document attached to this report? | |
|---|---|

## Officer - David Rambin

**Officer Information**

| Principal/ Primary Officer? | No | Officer ID | 53879 | | |
|---|---|---|---|---|---|
| First Name | David | Middle Name | | Last Name | Rambin |
| On Duty? | | | | | |
| Officer Role on Scene | Patrol | In Uniform? | Yes | Race | White |
| Gender | Male | Height | 6ft 1in | | |
| Weight | 250 - 299 | Weapon Displayed | None | | |
| Years with Agency | 7_ | | | | |
| Total Years in Law Enforcement | 7_ | | | | |
| Body Worn Camera? | Yes | | | | |

**Officer Injury**

| Injured? | No |
|---|---|

## Officer - Roxsee Huff

**Officer Information**

| Principal/ Primary Officer? | Yes | Officer ID | 60502 | | |
|---|---|---|---|---|---|
| First Name | Roxsee | Middle Name | | Last Name | Huff |
| On Duty? | | | | | |
| Officer Role on Scene | Patrol | In Uniform? | | Race | White |
| Gender | Female | Height | 5ft 5in | | |
| Weight | 150 - 199 | Weapon Displayed | | | |
| Years with Agency | 3 | | | | |
| Total Years in Law Enforcement | 3 | | | | |
| Body Worn Camera? | Yes | | | | |

**Officer Injury**

| Injured? | No |
|---|---|

## Subject/Suspect - LEONID KRIVOLENKOV

Subject/Suspect Information

LEFTA Systems - 13158

Page 2 Of 6
**EXHIBIT 4**
Page 2 of 17
WC_0049

RESISTING ARREST

# Washington County Sheriff's Office
## INTERNAL RELEASE
### CONFIDENTIAL

CASE NUMBER
GO 50 2023-10594



NO IMAGE FOUND
Use of Force Patrol; Use of Force Jail

Washington County Sheriff's Office

FACTS

**Patrol Case#/Jail Incident #**
50-2023-10594-1

**CAD Incident #**
3105

| | | | | | |
|---|---|---|---|---|---|
| Suffix | | | | | |
| First Name | LEONID | Middle Name | P | Last Name | KRIVOLENKOV |
| Address | | City | | State | |
| DOB | ███/78 | | | | |
| Race | WHITE | Gender | Male | | |
| Height | 5'05 | Weight | 126 | | |
| County of Residence | Out of State | Ethnicity | UNKNOWN | Gender Identify | |
| AIC ID# | | Subject or Suspect | Suspect | Outcome/Out of Custody Location | Jail |
| Threat Factors | Deputy Assault | | | | |
| De-Escalation | Multiple Officers,Presence,Verbal | | | | |
| Was Officer aware of Suspect Mental/Physical Disabilities Prior to Using Force? | No | | | | |
| How did Officer have knowledge of suspect mental/physical disability? | | Transport of ADA Mobility devices? | | Remote interpreter used? | |

### Subject/Suspect Action
### Subject/Suspect Action

| | | | | | |
|---|---|---|---|---|---|
| ☑ Verbal | 3 | ☑ Passive Resistance | 2 | ☑ Verbal Resistance/ Aggression | 1 |
| ☐ Active Resistance | | ☐ Aggressive Physical | | ☐ Aggravated Physical | |

### Weapon Used by Subject/Suspect

| | | |
|---|---|---|
| ☑ Hands / Feet | ☐ Club / Bat / Blunt Object | ☐ Edged Weapon |
| ☐ Firearm | ☐ Liquids/Aerosol | ☐ Vehicle |
| ☐ Bite/ Bodily Fluids | ☐ Thrown Object | ☐ Other |

### Arrest

| | |
|---|---|
| Arrested | Yes |
| Arrest Date | 07/15/23     Arrest Time   1538 |
| Offense/Crime | 807.57 FAIL TO CARRY/PRESENT A DRIVERS LICENSE, 162.315 RESISTING ARREST |

LEFTA Systems - 13158

Page 3 of 6

**EXHIBIT 4**
Page 3 of 17
WC_0050

PRINTED ON: 05/01/2025   PRINTED BY: 50HCAMP          Page 30/44          VERSION: 171113.1

RESISTING ARREST

# Washington County Sheriff's Office
## INTERNAL RELEASE
## CONFIDENTIAL

CASE NUMBER
GO 50 2023-10594

NO IMAGE FOUND

Use of Force Patrol; Use of Force Jail

Washington County Sheriff's Office

FACTS

**Patrol Case#/Jail Incident #**

50-2023-10594-1

**CAD Incident #**

3105

| Offense/Crime | Felony | Misdemeanor | Warrant | Municipal Ordinance Violation |
|---|---|---|---|---|
| 807.57 FAIL TO CARRY/PRESENT A DRIVERS LICENSE | ☐ | ☑ | ☐ | ☐ |
| 162.315 RESISTING ARREST | ☐ | ☑ | ☐ | ☐ |

**Subject/Suspect Injury**

| Injured? | No |
|---|---|

## Arrest Control Techniques - Joint Manipulation Push

**Take Downs Information**

| Subject/Suspect Deployed at | LEONID KRIVOLENKOV | Deployed by Officer | David Rambin | Arrest Control Technique | Joint Manipulation,Push |
|---|---|---|---|---|---|
| Injured? | No | | | | |
| Injury Notes | | | | | |
| Display Only? | | | | | |
| Did it work? | | | Yes | | |

**Body Parts Injured**

| Point Type | Value |
|---|---|
| Forearm (front/right) | 1 |



| Point Type | Value |
|---|---|
| Upper Arm (back/right) | 1 |

## Arrest Control Techniques - Digital Control



LEFTA Systems - 13158

Page 4 Of 6
**EXHIBIT 4**
Page 4 of 17
WC_0051

RESISTING ARREST

# Washington County Sheriff's Office
## INTERNAL RELEASE
### CONFIDENTIAL

CASE NUMBER
GO 50 2023-10594



NO IMAGE FOUND

Use of Force Patrol; Use of Force Jail

Washington County Sheriff's Office

FACTS

**Patrol Case#/Jail Incident #**

50-2023-10594-1

**CAD Incident #**

3105

### Take Downs Information

| Subject/Suspect Deployed at | LEONID KRIVOLENKOV | Deployed by Officer | Roxsee Huff | Arrest Control Technique | Digital Control |
|---|---|---|---|---|---|
| Injured? | No | | | | |
| Injury Notes | | | | | |
| Display Only? | | | | | |
| Did it work? | | | Yes | | |

### Body Parts Injured

| Point Type | Value |
|---|---|
| Upper Arm (right) | 1 |
| Forearm (front/right) | 2 |



| Point Type | Value |
|---|---|
| Upper Arm (back/left) | 3 |
| Forearm (back/left) | 4 |

## Narrative

**Narrative**

MENTIONED:

Sgt. CuthbertsonWCSO
Deputy RambinWCSO

SUMMARY:

I initiated a traffic stop with Leonid Krivolenkov. Leonid did not produce a government issued identification when asked several times. Leonid resisted arrest when I informed him, he was being detained. Cleared by arrest.

NARRATIVE:

On 7/15/2023 I was driving north on NW Bethany Blvd. when I noticed a blue Chevrolet Traverse (WA plate BNU6354) quickly approaching me on the passenger side. I looked at my speedometer and noticed I was doing about 42 miles per hour. The speed limit on NW Bethany Blvd. is 35 miles per hour. When the vehicle was next to me, I looked over and saw a male driving the vehicle and I applied the breaks to get in the right lane behind the vehicle to initiate a traffic stop as I estimated the speed of the Chevrolet to be at least 45

 LEFTA Systems - 13158

PRINTED ON: 05/01/2025    PRINTED BY: 50HCAMP

Page 32/44

VERSION: 171113.1

RESISTING ARREST

# Washington County Sheriff's Office
### INTERNAL RELEASE
### CONFIDENTIAL

CASE NUMBER
GO 50 2023-10594



NO IMAGE FOUND

Use of Force Patrol; Use
of Force Jail

Washington County Sheriff's Office

FACTS

**Patrol Case#/Jail Incident #**

50-2023-10594-1

**CAD Incident #**

3105

miles per hour. As soon as I started to slow my vehicle down, I saw the front end of the Chevrolet dip down and the speed of the vehicle rapidly decrease.

I got behind the Chevrolet, and the driver, later identified as Leonid Krivolenkov, quickly changed lanes to the left lane. I initiated a lane change and followed the Chevrolet to attempt to initiate a traffic stop. Leonid changed lanes again quickly to the right lane before coming to a stop at the corner of NW Bethany Blvd. and NW West Union Rd. I turned on my overhead lights to initiate the traffic stop and Leonid turned right onto NW West Union Rd. Leonid drove for a little while without showing any signs of pulling over or slowing down, so I chirped my siren. Leonid turned his right signal on, eventually stopping at 15200 NW West Union Rd. Leonid drove just over a half mile with me behind him before stopping.

I approached Leonid's vehicle on the passenger side, introduced myself, let him know I was with the Sheriff's Department, and that I was audio and video recording. I asked Leonid if there was a reason for his speed today. Leonid immediately because defensive and combative. I asked Leonid for his license, insurance, and registration. I explained to Leonid multiple times for the reason for the stop, but Leonid would not provide his documents. I spoke with Leonid for almost two minutes over the validity of his stop and requested several times for his documents over almost a two-minute period. Leonid insisted that I illegally stopped him because I could not give him an exact speed he was doing. I tried to explain to Leonid several times how I estimated his speed due to the speed I was going and how quickly he was approaching me. Leonid still would not give his documents to me. I gave Leonid several warnings that if he did not provide his documents he would be detained.

Leonid did not provide his information, so I asked him to get out of the vehicle and informed him he was being detained. I approached Leonid he was facing me. I went to grab Leonid's phone out of his left hand, so it did not fall and break while I detained him. Leonid switched his phone to his right hand and stepped back against the door of his vehicle. I told Leonid to put his hands behind his back twice. Leonid said, "I don't think so".

I grabbed Leonid's right wrist with my left hand, moved my right hand to my left hand's place, moved my left hand to push his elbow towards the car to attempt to turn Leonid around. I instructed Leonid several additional times to put his hands behind his back as I attempted to turn him around. Leonid continued to say "no" whenever I instructed him to put his hands behind his back. Leonid pressed himself against his door and the frame of the vehicle while planting his feet preventing me from turning him. Leonid continued to passively resist by not complying and not allowing me to move his body by keeping his feet planted and his back pressed against his vehicle. I continued to hold Leonid's wrist while asking several additional times for Leonid to place his hands behind his back. Leonid refused to comply with my requests.

Sgt. Cuthbertson arrived on scene with Deputy Rambin. Deputy Rambin took control of Leonid's right arm and moved Leonid towards the rear door and turned him to face it. Leonid's left arm was bent up towards his chest. I grabbed his left arm and with both hands and pulled down on his arm as Deputy Rambin grabbed Leonid's left arm. Leonid's hands were placed behind his back, and I placed him in handcuffs. I read Leonid his Miranda rights from a department issued card. When I asked Leonid if he understood, Leonid said he would remain silent. Deputy Rambin completed a pat down and Leonid was placed in the back of my patrol vehicle.

I transported Leonid to the Washington County Jail and charged him with resisting arrest and failure to present. Leonid was placed in a holding cell at the Washington County Jail almost as soon as he arrived. I issued Leonid a citation (392233) for violation of speed, unlawful lane change, and failure to present insurance and placed it in his property.

ACTION RECOMMENDED:

Cleared by arrest.



LEFTA Systems - 13158

Page 6 Of 6
**EXHIBIT 4**
Page 6 of 17
WC_0053

RESISTING ARREST

# Washington County Sheriff's Office
## INTERNAL RELEASE
### CONFIDENTIAL

**CASE NUMBER**
GO 50 2023-10594

---

## IMAGE ATTACHMENT (4412264)  UOF REVISED - RAMBIN

| | | |
|---|---|---|
| NO IMAGE FOUND | Use of Force Patrol; Use of Force Jail | Washington County Sheriff's Office  FACTS |

**Patrol Case#/Jail Incident #**

50-2023-10594

**CAD # (N/A for Jail)**

WP231960655

| Incident Case Instruction |
|---|
| Routing |

| Incident Category | Patrol | | |
|---|---|---|---|

**Date Of Incident**

**Date Of Report**

| Incident Date | 07/15/23 | Report Date | 07/15/23 |
|---|---|---|---|
| Incident Time | 1538 | Report Time | 1938 |

**Incident Address**

| Address/Street Name | 15200 NW WEST UNION RD | | | | |
|---|---|---|---|---|---|
| City | WASHINGTON COUNTY | State | OR | | |
| County | WASHINGTON | | | | |
| District | 21 | | | | |

**Supervisor Notified**

| Notified | Yes |
|---|---|
| Name | Cuthbertson |

**Call Type**

| TRAFFIC STOP - Traffic |
|---|

**Display Only?**

| Highway/Road/Alley/Street/Sidewalk (13) |
|---|

**Officers on Scene**

| Outside - DayLight |
|---|

**Incident Attachment**

| Is there a document attached to this report? | |
|---|---|

 LEFTA Systems - 13157

**EXHIBIT 4**
Page 1 Of 4
Page 7 of 17
WC_0054

RESISTING ARREST

# Washington County Sheriff's Office
## INTERNAL RELEASE
## CONFIDENTIAL

CASE NUMBER
GO 50 2023-10594

NO IMAGE FOUND

Use of Force Patrol; Use of Force Jail

Washington County Sheriff's Office

FACTS

**Patrol Case#/Jail incident #**
50-2023-10594

**CAD # (N/A for Jail)**
WP231960655

## Officer - David Rambin

### Officer Information

| | | | | | | |
|---|---|---|---|---|---|---|
| Principal/ Primary Officer? | No | Officer ID | 53879 | | | |
| First Name | David | Middle Name | | Last Name | Rambin | |
| On Duty? | Yes | | | | | |
| Officer Role on Scene | Patrol | In Uniform? | Yes | Race | White | |
| Gender | Male | Height | 6ft 1in | | | |
| Weight | 250 - 299 | Weapon Displayed | None | | | |
| Years with Agency | 7_ | | | | | |
| Total Years in Law Enforcement | 7_ | | | | | |
| Body Worn Camera? | Yes | | | | | |

### Officer Injury

| | |
|---|---|
| Injured? | No |

## Subject - LEONID KRIVOLENKOV

### Subject Information

| | | | | | | |
|---|---|---|---|---|---|---|
| Suffix | | | | | | |
| First Name | LEONID | Middle Name | P | Last Name | KRIVOLENKOV | |
| Address | | City | | State | | |
| DOB | ▓▓78 | | | | | |
| Race | WHITE | Gender | Male | | | |
| Height | 5'05 | Weight | 126 | | | |
| County of Residence | Out of State | | | | | |
| Perceived Intoxication? | No | Perceived Mental Illness? | No | | | |
| De-Escalation | Verbal De-Escalation (In-Person),Multiple Officers Onscene | | | | | |
| Language Barrier? | No | | | | | |
| Level of Resistance when Force Began | Static/Passive | Was this a Peace Officer Custody? | No | | | |

### Subject Weapons

| | |
|---|---|
| Weapons Wielded by Subject During Force Event | None |



LEFTA Systems - 13157

PRINTED ON: 05/01/2025    PRINTED BY: 50HCAMP

Page 35/44

RESISTING ARREST

# Washington County Sheriff's Office
### INTERNAL RELEASE
### CONFIDENTIAL

**CASE NUMBER**
**GO 50 2023-10594**



NO IMAGE FOUND

Use of Force Patrol; Use of Force Jail

Washington County Sheriff's Office

FACTS

**Patrol Case#/Jail Incident #**

50-2023-10594

**CAD # (N/A for Jail)**

WP231960655

### Arrest

| Arrested/Cited in Lieu? | Yes | | |
|---|---|---|---|
| Arrest Date | 07/15/23 | Arrest Time | 1538 |

### Subject Injury

| Injured During Use of Force? | No |
|---|---|

## Arrest Control Techniques - Joint Manipulation

### Arrest and Control Technique Information

| Subject/Suspect Deployed at | LEONID KRIVOLENKOV | Deployed by Officer | David Rambin | Arrest Control Technique | Joint Manipulation |
|---|---|---|---|---|---|
| Injured? | No | | | | |
| Injury Notes | no injuries | | | | |
| Did Subject Comply After Application? | | | Yes | | |

### Body Parts Injured

| Point Type | Value |
|---|---|
| Forearm (front/right) | 1 |

| Point Type | Value |
|---|---|
| Upper Arm (back/right) | 1 |



 LEFTA Systems - 13157

Page 3 Of 4
**EXHIBIT 4**
Page 9 of 17
WC_0056

RESISTING ARREST

# Washington County Sheriff's Office
## INTERNAL RELEASE
## CONFIDENTIAL

CASE NUMBER
GO 50 2023-10594



NO IMAGE FOUND    Use of Force Patrol; Use of Force Jail

Washington County Sheriff's Office    FACTS

**Patrol Case#/Jail Incident #**
50-2023-10594

**CAD # (N/A for Jail)**
WP231960655

## Narrative

Narrative

MENTIONED:

Sgt. James Cuthbertson, WCSO

Dep. Roxsee Huff, WCSO

SUMMARY:

Supplemental report. I assisted Dep. Huff place Leonid Krivolenkov into handcuffs after she informed him that he was under arrest. This case was cleared by arrest.

NARRATIVE:

On July 15, 2023, I was dispatched to 15200 NW West Union Rd, Portland, due to Dep. Huff calling for code 3 cover while on a traffic stop. When I arrived, I observed Dep. Huff speaking with a male, later identified as Leonid Krivolenkov. I saw that Dep. Huff was controling the male's right hand with hers and that she was telling him that he was under arrest for failure to carry and present a driver's license.

As I walked up, I was able to hear the male arguing with Dep. Huff and that he was refusing to place his hands behind his back. Due to this, I took control of the males left wrist with my right hand and placed my left hand on his shoulder. I then pulled him away from the door and placed him against his vehicle. I then placed his left hand behind the male's back and held it there until Dep. Huff was able to place the male into handcuffs.

Once the male was in handcuffs, I led the male to Dep. Huff's vehicle. I asked the male if he had anything on him that could hurt me and he stated that he was not going to answer any questions. I then asked the male if he had any drugs or anything that he could not take to the jail and he again refused to answer my questions. I then patted him down for weapons or means of escape. I then placed the male into Dep. Huff's patrol vehicle.

While Dep. Huff transported the male to the Washington County Jail, I inventoried the vehicle and after finding nothing of significant value or evidentiary value, I had the vehicle towed due to it being currently parked in a driveway of a house that he did not live at. Once Beaverton Towing arrived, driver number 4084, arrived, he towed the vehicle from the location. Once the vehicle was towed, I contacted Laura in Washington County records and had the vehicle entered as towed.

Once the vehicle was towed, I left the scene.

RECOMMENDED ACTIONS:

This case was cleared by arrest.

ADDITIONAL NOTES:

NA



LEFTA Systems - 13157

Page 4 Of 4
**EXHIBIT 4**
Page 10 of 17
WC_0057

RESISTING ARREST

# Washington County Sheriff's Office
## INTERNAL RELEASE
### CONFIDENTIAL

CASE NUMBER
GO 50 2023-10594

## IMAGE ATTACHMENT (4432894)  UOF REVISED - HUFF

NO IMAGE FOUND

Use of Force Patrol; Use of Force Jail

Washington County Sheriff's Office

FACTS

**Patrol Case#/Jail Incident #**
50-2023-10594-1

**CAD # (N/A for Jail)**
WP231960655

| Incident Case Instruction |
|---|

| Routing | |
|---|---|

| Incident Category | Patrol | | |
|---|---|---|---|

**Date Of Incident**

**Date Of Report**

| Incident Date | 07/15/23 | Report Date | 07/15/23 |
|---|---|---|---|
| Incident Time | 1538 | Report Time | 1938 |

**Incident Address**

| Address/Street Name | 15200 NW WEST UNION RD | | | | |
|---|---|---|---|---|---|
| City | WASHINGTON COUNTY | State | OR | | |
| County | WASHINGTON | | | | |
| District | 21 | | | | |

**Supervisor Notified**

| Notified | Yes | | | | |
|---|---|---|---|---|---|
| Name | Cuthbertson | | | | |

**Call Type**

| | TRAFFIC STOP - Traffic |
|---|---|

**Display Only?**

| | Highway/Road/Alley/Street/Sidewalk (13) |
|---|---|

**Officers on Scene**

| | Outside - DayLight |
|---|---|

**Incident Attachment**

| Is there a document attached to this report? | |
|---|---|

 LEFTA Systems - 13158

EXHIBIT 4
Page 1 Of 6
Page 11 of 17
WC_0058
VERSION: 171113.1

RESISTING ARREST

# Washington County Sheriff's Office
## INTERNAL RELEASE
## CONFIDENTIAL

CASE NUMBER
GO 50 2023-10594



NO IMAGE FOUND

Use of Force Patrol; Use of Force Jail

Washington County Sheriff's Office

FACTS

| Patrol Case#/Jail Incident # | CAD # (N/A for Jail) |
|---|---|
| 50-2023-10594-1 | WP231960655 |

## Officer – David Rambin

### Officer Information

| | | | | | | |
|---|---|---|---|---|---|---|
| Principal/ Primary Officer? | No | Officer ID | 53879 | | | |
| First Name | David | Middle Name | | | Last Name | Rambin |
| On Duty? | Yes | | | | | |
| Officer Role on Scene | Patrol | In Uniform? | Yes | Race | White | |
| Gender | Male | Height | 6ft 1in | | | |
| Weight | 250 - 299 | Weapon Displayed | None | | | |
| Years with Agency | 7_ | | | | | |
| Total Years in Law Enforcement | 7_ | | | | | |
| Body Worn Camera? | Yes | | | | | |

### Officer Injury

| | |
|---|---|
| Injured? | No |

## Officer - Roxsee Huff

### Officer Information

| | | | | | | |
|---|---|---|---|---|---|---|
| Principal/ Primary Officer? | Yes | Officer ID | 60502 | | | |
| First Name | Roxsee | Middle Name | | | Last Name | Huff |
| On Duty? | Yes | | | | | |
| Officer Role on Scene | Patrol | In Uniform? | Yes | Race | White | |
| Gender | Female | Height | 5ft 5in | | | |
| Weight | 180 | Weapon Displayed | None | | | |
| Years with Agency | 3 | | | | | |
| Total Years in Law Enforcement | 3 | | | | | |
| Body Worn Camera? | Yes | | | | | |

### Officer Injury

| | |
|---|---|
| Injured? | No |

## Subject – LEONID KRIVOLENKOV

### Subject Information

| | | | | | |
|---|---|---|---|---|---|
| Suffix | | | | | |
| First Name | LEONID | Middle Name | P | Last Name | KRIVOLENKOV |
| Address | | City | | State | |
| DOB | ▮▮▮▮/78 | | | | |
| Race | WHITE | Gender | Male | | |

LEFTA Systems - 13158

EXHIBIT 4
Page 12 of 17
WC_0059

RESISTING ARREST

# Washington County Sheriff's Office
## INTERNAL RELEASE
### CONFIDENTIAL

**CASE NUMBER**
GO 50 2023-10594



NO IMAGE FOUND

Use of Force Patrol; Use of Force Jail

Washington County Sheriff's Office

FACTS

**Patrol Case#/Jail Incident #**
50-2023-10594-1

**CAD # (N/A for Jail)**
WP231960655

| Height | 5'05 | Weight | 126 | | |
|---|---|---|---|---|---|
| County of Residence | Out of State | | | | |
| Perceived Intoxication? | No | Perceived Mental Illness? | No | | |
| De-Escalation | Verbal De-Escalation (In-Person),Multiple Officers Onscene | | | | |
| Language Barrier? | No | | | | |
| Level of Resistance when Force Began | Static/Passive | Was this a Peace Officer Custody? | No | | |

**Subject Weapons**

| Weapons Wielded by Subject During Force Event | None |
|---|---|

**Arrest**

| Arrested/Cited in Lieu? | Yes | | |
|---|---|---|---|
| Arrest Date | 07/15/23 | Arrest Time | 1538 |

**Subject Injury**

| Injured During Use of Force? | No |
|---|---|

## Arrest Control Techniques - Joint Manipulation

**Arrest and Control Technique Information**

| Subject/Suspect Deployed at | LEONID KRIVOLENKOV | Deployed by Officer | David Rambin | Arrest Control Technique | Joint Manipulation |
|---|---|---|---|---|---|
| Injured? | No | | | | |
| Injury Notes | no injuries | | | | |
| Did Subject Comply After Application? | | | Yes | | |

LEFTA Systems - 13158

RESISTING ARREST

# Washington County Sheriff's Office
## INTERNAL RELEASE
### CONFIDENTIAL

CASE NUMBER
GO 50 2023-10594



NO IMAGE FOUND    Use of Force Patrol; Use of Force Jail

Washington County Sheriff's Office

**Patrol Case#/Jail Incident #**
50-2023-10594-1

**CAD # (N/A for Jail)**
WP231960655

Indicate points of contact made by clicking in the image.

| Point Type | Value |
|---|---|
| Forearm (front/right) | 1 |



| Point Type | Value |
|---|---|
| Upper Arm (back/right) | 1 |

## Arrest Control Techniques - Forceful Movement

**Arrest and Control Technique Information**

| Subject/Suspect Deployed at | LEONID KRIVOLENKOV | Deployed by Officer | Roxsee Huff | Arrest Control Technique | Forceful Movement |
|---|---|---|---|---|---|
| Injured? | No | | | | |
| Injury Notes | None | | | | |
| Did Subject Comply After Application? | | | Yes | | |



LEFTA Systems - 13158

Page 4 Of 6
**EXHIBIT 4**
Page 14 of 17
WC_0061

RESISTING ARREST

# Washington County Sheriff's Office
## INTERNAL RELEASE
## CONFIDENTIAL

**CASE NUMBER**
GO 50 2023-10594

NO IMAGE FOUND

Use of Force Patrol; Use of Force Jail

Washington County Sheriff's Office

FACTS

**Patrol Case#/Jail Incident #**
50-2023-10594-1

**CAD # (N/A for Jail)**
WP231960655

Indicate points of contact made by clicking in the image.

| Point Type | Value |
|---|---|
| Upper Arm (right) | 1 |
| Forearm (front/right) | 2 |



| Point Type | Value |
|---|---|
| Upper Arm (back/left) | 3 |
| Forearm (back/left) | 4 |

## Narrative

**Narrative**

MENTIONED:

Sgt. CuthbertsonWCSO
Deputy RambinWCSO

SUMMARY:

I initiated a traffic stop with Leonid Krivolenkov. Leonid did not produce a government issued identification when asked several times. Leonid resisted arrest when I informed him, he was being detained. Cleared by arrest.

NARRATIVE:

On 7/15/2023 I was driving north on NW Bethany Blvd. when I noticed a blue Chevrolet Traverse (WA plate BNU6354) quickly approaching me on the passenger side. I looked at my speedometer and noticed I was doing about 42 miles per hour. The speed limit on NW Bethany Blvd. is 35 miles per hour. When the vehicle was next to me, I looked over and saw a male driving the vehicle and I applied the breaks to get in the right lane behind the vehicle to initiate a traffic stop as I estimated the speed of the Chevrolet to be at least 45 miles per hour. As soon as I started to slow my vehicle down, I saw the front end of the Chevrolet dip down and the speed of the vehicle rapidly decrease.

I got behind the Chevrolet, and the driver, later identified as Leonid Krivolenkov, quickly changed lanes to the left lane. I initiated a lane change and followed the Chevrolet to attempt to initiate a traffic stop. Leonid changed lanes again quickly to the right lane before coming to a stop at the corner of NW Bethany Blvd. and NW West Union Rd. I turned on my overhead lights to initiate the traffic stop and Leonid turned right onto



LEFTA Systems - 13158

Page 5 Of 6

**EXHIBIT 4**
Page 15 of 17
WC_0062

RESISTING ARREST

# Washington County Sheriff's Office
## INTERNAL RELEASE
CONFIDENTIAL

CASE NUMBER
GO 50 2023-10594



| NO IMAGE FOUND | Use of Force Patrol; Use of Force Jail | Washington County Sheriff's Office | FACTS |
|---|---|---|---|

**Patrol Case#/Jail Incident #**
50-2023-10594-1

**CAD # (N/A for Jail)**
WP231960655

NW West Union Rd. Leonid drove for a little while without showing any signs of pulling over or slowing down, so I chirped my siren. Leonid turned his right signal on, eventually stopping at 15200 NW West Union Rd. Leonid drove just over a half mile with me behind him before stopping.

I approached Leonid's vehicle on the passenger side, introduced myself, let him know I was with the Sheriff's Department, and that I was audio and video recording. I asked Leonid if there was a reason for his speed today. Leonid immediately because defensive and combative. I asked Leonid for his license, insurance, and registration. I explained to Leonid multiple times for the reason for the stop, but Leonid would not provide his documents. I spoke with Leonid for almost two minutes over the validity of his stop and requested several times for his documents over almost a two-minute period. Leonid insisted that I illegally stopped him because I could not give him an exact speed he was doing. I tried to explain to Leonid several times how I estimated his speed due to the speed I was going and how quickly he was approaching me. Leonid still would not give his documents to me. I gave Leonid several warnings that if he did not provide his documents he would be detained.

Leonid did not provide his information, so I asked him to get out of the vehicle and informed him he was being detained. I approached Leonid he was facing me. I went to grab Leonid's phone out of his left hand, so it did not fall and break while I detained him. Leonid switched his phone to his right hand and stepped back against the door of his vehicle. I told Leonid to put his hands behind his back twice. Leonid said, "I don't think so".

I grabbed Leonid's right wrist with my left hand, moved my right hand to my left hand's place, moved my left hand to push his elbow towards the car to attempt to turn Leonid around. I instructed Leonid several additional times to put his hands behind his back as I attempted to turn him around. Leonid continued to say "no" whenever I instructed him to put his hands behind his back. Leonid pressed himself against his door and the frame of the vehicle while planting his feet preventing me from turning him. Leonid continued to passively resist by not complying and not allowing me to move his body by keeping his feet planted and his back pressed against his vehicle. I continued to hold Leonid's wrist while asking several additional times for Leonid to place his hands behind his back. Leonid refused to comply with my requests.

Sgt. Cuthbertson arrived on scene with Deputy Rambin. Deputy Rambin took control of Leonid's right arm and moved Leonid towards the rear door and turned him to face it. Leonid's left arm was bent up towards his chest. I grabbed his left arm and with both hands and pulled down on his arm as Deputy Rambin grabbed Leonid's left arm. Leonid's hands were placed behind his back, and I placed him in handcuffs. I read Leonid his Miranda rights from a department issued card. When I asked Leonid if he understood, Leonid said he would remain silent. Deputy Rambin completed a pat down and Leonid was placed in the back of my patrol vehicle.

I transported Leonid to the Washington County Jail and charged him with resisting arrest and failure to present. Leonid was placed in a holding cell at the Washington County Jail almost as soon as he arrived. I issued Leonid a citation (392233) for violation of speed, unlawful lane change, and failure to present insurance and placed it in his property.

ACTION RECOMMENDED:

Cleared by arrest.

 LEFTA Systems - 13158

Page 6 Of 6
**EXHIBIT 4**
Page 16 of 17
WC_0063

RESISTING ARREST

# Washington County Sheriff's Office
## INTERNAL RELEASE
### CONFIDENTIAL

CASE NUMBER
GO 50 2023-10594

### RELATED ARREST REPORT: AB# 3105

| ARRESTEE | | | DOB | | RELATED CD# | INTERPRETER NEEDED |
|---|---|---|---|---|---|---|
| KRIVOLENKOV, LEONID P | | | ▮▮▮/1978 | | 163119 | No |

| ARREST DATE/TIME | ARREST TYPE | | | STATUS | REASON FOR ARREST |
|---|---|---|---|---|---|
| 07/15/2023 1538 | ARREST / BOOK / CIVIL HOLD | | | CHARGED | PROBABLE CAUSE |

**ARREST LOCATION**
15200 NW WEST UNION RD, BEAVERTON

| COUNTY | DISTRICT (PPB PRECINCT) | BEAT (PPB DISTRICT) | GRID |
|---|---|---|---|
| WASHINGTON | SO | W21 | 31506 |

| SUMMARY OF FACTS | ARMED WITH |
|---|---|
| RESISTING ARREST & FAILURE TO PRESENT | UNARMED |

**ARRESTING OFFICER 1**
HUFF, ROXSEE (60502)

| APPROVED BY | APPROVED DATE |
|---|---|
| AUTH, JOHN (55506) | 07/15/2023 |

**\*\*\* END OF HARDCOPY \*\*\***

**EXHIBIT 4**
Page 17 of 17
WC_0064
VERSION: 171113.1

FILED
OREGON JUDICIAL DEPT
WASHINGTON COUNTY

2023 JUL 21 P 1:45

## IN THE CIRCUIT COURT OF THE STATE OF OREGON FOR WASHINGTON COUNTY

STATE OF OREGON,

Plaintiff,

vs.

LEONID PAVLOVICH **KRIVOLENKOV**,
Defendant.

No.

DISTRICT ATTORNEY'S
INFORMATION

23CR34999

The above-named defendant is accused by this information of the crime of

Count 1:     FAILURE TO CARRY OR PRESENT LICENSE   (C Misdemeanor; ORS 807.570)

committed as follows:

COUNT 1
The defendant, on or about July 15, 2023, in Washington County, Oregon, did unlawfully and knowingly drive a motor vehicle upon a highway in this State without a license, driver permit or out-of-state license in the said defendant's possession;

contrary to the statutes and against the peace and dignity of the State of Oregon.

It is hereby affirmatively declared for the record, upon appearance of the defendant for arraignment, and before the Court asks how the defendant pleads to the charges, that the State intends that any misdemeanor offenses charged herein each proceed as a misdemeanor.

Dated: July 21, 2023

KEVIN BARTON, District Attorney



By: _____
        Carlos Catibayan, OSB # 223694
        Deputy District Attorney

ECR Eligible
DA #423741
HBS 50-2310594
DOB ████ 1978
Appear – Arraignment on 07/26/2023 at 8:30 AM

Page 1- DA's Information  (DA 423741)

23CR34999
IF
Information
16962612

EXHIBIT 5
Page 1 of 1

23CR34999

IN THE CIRCUIT COURT OF THE STATE OF OREGON

FOR THE COUNTY OF WASHINGTON

STATE OF OREGON,

                    Plaintiff,

      v.

LEONID PAVLOVICH KRIVOLENKOV,

                  Defendant.

Case No. 23CR34999 (DA 423741)

**JUDGMENT OF DISMISSAL**

☐ *Defendant in custody in this matter.*

THIS MATTER comes before the Court on the State's Motion for a Judgment of Dismissal. The State's Motion is HEREBY GRANTED. Accordingly, a JUDGMENT OF DISMISSAL shall be entered as to count 1 of the accusatory instrument filed herein.

Furthermore, it is hereby ORDERED that this matter is dismissed.

8/21/2023 9:57:41 AM

Circuit Court Judge, Eric Butterfield

Control #:
CC

Page 1 – Judgment of Dismissal

Washington County District Attorney
150 North First Avenue, Room 300, MS#40
Hillsboro, OR 97124-3002
(503)846-8671  Fax (503)846-3407

**EXHIBIT 6**
Page 1 of 1