**David C. Lewis**, OSB No. 953348
Senior Assistant County Counsel
*Dave_lewis@washingtoncountyor.gov*
Office of Washington County Counsel
155 N First Avenue, Suite 250, MS 24
Hillsboro, OR 97124
Phone (503) 846-8747
Fax (503) 846-8636
Attorney for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

LEONID P. KRIVOLENKOV,

              Plaintiff,

v.

ROXSEE HUFF, JAMES CUTHBERTSON,
DAVID RAMBIN, and WASHINGTON
COUNTY OREGON,

              Defendants.

No. 3:25-cv-00702-AR

DECLARATION OF RIMA DAVIDSON
IN SUPPORT OF DEFENDANTS'
REPLY TO MOTION FOR SUMMARY
JUDGMENT

I, Rima Davidson, declare as follows:

1.      I am a Paralegal for the Office of Washington County Counsel, assigned to Senior Assistant County Counsel David C. Lewis. I make this Declaration upon personal knowledge in support of Defendants' Motion for Summary Judgment (ECF 25) and Reply.

2.      Following Attorney Lewis' completion of Defendant's Motion for Summary Judgment (ECF 25) and supporting Declarations, I was responsible for editing, formatting, exhibit assembly, and service. I reviewed the U.S. District Court's website for instructions on Conventionally Filed Exhibits, and Judge Armistead's Motion Practice requirements.

Page **1** of **4** - DECLARATION OF RIMA DAVIDSON IN SUPPORT OF DEFENDANTS' REPLY TO MOTION FOR SUMMARY JUDGMENT

**CONVENTIALLY FILED EXHIBITS**



**JUDGE ARMISTEAD'S MOTION PRACTICE**

3.      On April 8, 2026, my supervisor Marissa Joscelyn confirmed with Chambers that Judge Armistead requires a physical binder of motion filings exceeding 10 pages, and that Conventionally Filed Exhibits on CD or USB flash drive must be mailed within 3 days of the filing date. **Exhibit 1** is Marissa Joscelyn's email and screenshot of her call placed to Chambers.

4.      On behalf of Attorney Lewis, I electronically filed and served the following on April 14, 2026:

    a.  Motion for Summary Judgment (ECF 25) - 5:38 PM
    b.  Declaration of David C. Lewis (ECF 26) - 5:42 PM
    c.  Declaration of Roxsee Huff Feliciano (ECF 27) - 5:49 PM
       (with Conventionally Filed Exhibit 1)

Page **2** of **4** - DECLARATION OF RIMA DAVIDSON IN SUPPORT OF DEFENDANTS' REPLY TO MOTION FOR SUMMARY JUDGMENT

d.  Declaration of James Cuthbertson (ECF 28) - 5:52 PM
e.  Declaration of David Rambin (ECF 29) - 5:55 PM
    (with Conventionally Filed Exhibit 1)
f.  Declaration of Carlos Catibayan (ECF 30) - 6:00 PM

**Exhibit 2** contains the proofs of filing received from the U.S. District Court.

5.      On receipt of the proofs of filing, I learned that *Pro Se* Plaintiff Mr. Krivolenkov had not registered for electronic service through the Court's ECF system. On April 15, 2026, I emailed Mr. Krivolenkov file-stamped copies of all filings. **Exhibit 3** is a copy of that email.

6.      On April 16, 2026, I mailed the following to the Clerk of Courts, Judge Armistead's Chambers, and Mr. Krivolenkov: Conventionally Filed Exhibits on two CDs; the Judge's Copy of the Motion for Summary Judgment and supporting Declarations; and file-stamped copies of all filings.  **Exhibits 4** and **5** are copies of correspondence with postal receipts.

7.      On April 19, 2026, I received an email from Mr. Krivolenkov advising that the CDs were blank.  **Exhibit 6** is a copy of that email.

8.      On April 20, 2026, I contacted the Court and spoke with Clerk Janette Prowell and Courtroom Deputy Pam Geringer. Ms. Geringer confirmed that Chambers' CDs were blank and authorized me to forward the Conventionally Filed Exhibits electronically, pending Ms. Prowell's confirmation regarding the Clerk's CDs. On April 21, 2026, Ms. Prowell confirmed the Clerk's CDs were also blank.

9.      On April 21, 2026, I emailed Ms. Geringer a confidential ShareFile link to access the Conventionally Filed Exhibits, copying Mr. Krivolenkov. **Exhibit 7** is a copy of that email. Mr. Krivolenkov did not access or download the Conventionally Filed Exhibits from the ShareFile link, nor did he report any difficulty doing so.  **Exhibit 8** is the ShareFile Summary.

10.     On April 22, 2026, I mailed a USB drive containing the Conventionally Filed Exhibits to both Ms. Prowell at the Clerk's Office and Mr. Krivolenkov. **Exhibit 9** is a copy of

the postal receipt.  We have not received any communication from Mr. Krivolenkov that he did not receive the USB drive in the mail.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge.

DATED: May 26, 2026

_Rima Davidson_ /rd
_____
Rima Davidson, Paralegal
Office of Washington County Counsel