**David C. Lewis**, OSB No. 953348
Senior Assistant County Counsel
*Dave_lewis@washingtoncountyor.gov*
Office of Washington County Counsel
155 N First Avenue, Suite 250, MS 24
Hillsboro, OR 97124
Phone (503) 846-8747
Fax (503) 846-8636
Attorney for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| LEONID P. KRIVOLENKOV, | Case No. 3:25-cv-00702-AR |
| Plaintiff, | |
| v. | SUPPLEMENTAL DECLARATION OF DAVID C. LEWIS IN SUPPORT OF DEFENDANTS' REPLY TO MOTION FOR SUMMARY JUDGMENT |
| ROXSEE HUFF, JAMES CUTHBERTSON, DAVID RAMBIN, and WASHINGTON COUNTY OREGON, | |
| Defendants. | |

I, David C. Lewis, declare as follows:

1.    I am a Senior Assistant County Counsel for Washington County and the attorney representing Defendants Roxsee Huff, James Cuthbertson, David Rambin and Washington County, Oregon. I make this Declaration upon my own personal knowledge and in support of Defendants' Reply to their Motion for Summary Judgment.

2.    In Plaintiff's Response in Opposition to Defendants' Motion for Summary Judgment, Plaintiff objected to the Washington County Circuit Court Order dated July 16, 2023 finding "probable cause existed to arrest the defendant" attached as Exhibit 2 to the Declaration

Page **1** of **3** – SUPPLEMENTAL DECLARATION OF DAVID C. LEWIS IN SUPPORT OF DEFENDANTS' REPLY TO MOTION FOR SUMMARY JUDGMENT

of Carlos Catibayan in Support of Defendants' Motion for Summary Judgment (ECF No. 30) on the grounds said Order "appears to be fabricated," that "it is reasonable to believe that WCDA has created "Templates" to rubbers [sic] stamp and fabricate court records that are used to falsely establish probable cause," that "[s]uch unlawful acts pursuant to ORS 162.295 are a crime of tampering with physical evidence, and pursuant to ORS 162.305 constitutes the crime of tampering with public records," and that he "reasonably beliefs [sic] that DDA Catibayan, in collusion with Mr. Lewis, Attorney for Defendants knowingly and intentionally filed false evidence, made false statements, and declarations under penalty of perjury to influence the outcome of this case favorably to Defendants, thus the motion is submitted in bad faith and in violation of Fed. R. Civ. P. 11(b)." (Plf's Resp in Opp'n ¶¶ 18-22, ECF No. 34).

3.      Since the criminal court record containing the Order was sealed, I filed a motion with the Washington County Circuit Court to unseal Plaintiff's criminal court file. On July 24, 2026, Washington County Circuit Court granted my motion and unsealed Plaintiff's criminal court file for the purposes of this federal court litigation. Attached as Exhibit 1 is a certified copy from the Judicial Department State of Oregon Washington County of the Order to Unseal Court and Washington County Sheriff's Office Records dated July 24, 2026.

4.      Contained within the Washington County Circuit Court file, attached to the Affidavit in Support of Probable Cause, is the signed Order finding "probable cause existed to arrest the defendant" signed by Washington County Circuit Court Judge Janelle Wipper dated July 16, 2023. Attached as Exhibit 2 is a certified copy from the Judicial Department State of Oregon Washington County of the Affidavit in Support of Probable Cause and Order.

///

///

Page **2** of **3** – SUPPLEMENTAL DECLARATION OF DAVID C. LEWIS IN SUPPORT OF DEFENDANTS' REPLY TO MOTION FOR SUMMARY JUDGMENT

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge.

DATED: July 31, 2026

_s/David C. Lewis_

David C. Lewis, OSB No. 953348
Senior Assistant County Counsel
Office of Washington County Counsel

Page **3** of **3** – SUPPLEMENTAL DECLARATION OF DAVID C. LEWIS IN SUPPORT OF DEFENDANTS' REPLY TO MOTION FOR SUMMARY JUDGMENT

## CERTIFICATE OF SERVICE

I certify that on July 31, 2026, I served a true and correct copy of each of the documents listed below on the following attorneys and parties by one of the following methods as designated for each recipient of service below:

Mail         First class mail plainly addressed as shown and deposited, postage fully prepaid, on July 31, 2026, with the U.S. Postal Service for delivery.

Email       Electronic mail pursuant to ORCP 9 G/FRCP 5(b)(E).

Persons Served:

| Name and Address | Attorney for | Service Method(s) |
|---|---|---|
| Leonid P. Krivolenkov<br>11411 NE 47th Court<br>Vancouver, WA 98686 | Plaintiff, *Pro Se* | Mail<br>Email |

Documents:

- **SUPPLEMENTAL DECLARATION OF DAVID C. LEWIS IN SUPPORT OF DEFENDANTS' REPLY TO MOTION FOR SUMMARY JUDGMENT**

*s/David C. Lewis*

David C. Lewis, OSB No. 953348
Of Attorneys for Defendants